**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

KAYHAN SPACE CORP.,

                Plaintiff,

          v.

THE UNITED STATES,

                Defendant.

Case No. 25-104C

Judge Eleni M. Roumel

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Court of Federal Claims Rule 83.1(b)(4), Anuj Vohra hereby provides notice of his withdrawal as counsel for Plaintiff Kayhan Space Corp. in the above-captioned bid protest. Kayhan Space Corp. will continue to be represented by its lead counsel Robert J. Sneckenberg.[1]

---

[1]    On June 1, 2026, Kayhan Space Corp. filed a consented motion for leave to substitute Robert J. Sneckenberg as lead counsel.

Dated: June 2, 2026

Respectfully submitted,

/s/ Anuj Vohra_____
Anuj Vohra
    (Withdrawing Counsel of Record)

Robert J. Sneckenberg
    (Requested Lead Counsel of Record)
Monica D. Sterling
Roxanne N. Cassidy
Emily P. Golchini
    (Of Counsel)

CROWELL & MORING LLP
600 Fifth St. NW,
Washington, DC 20001
Tel: (202) 624-2502
Fax: (202) 628-5116
AVohra@crowell.com

Jonathan Perrone
Joshua Sather
    (Of Counsel)

CENTRE LAW & CONSULTING, LLC
1750 Tysons Blvd. Suite 1650
Tysons, VA 22101
Tel: (703) 288-2800

*Counsel for Kayhan Space Corp.*

2